IN THE SUPREME COURT OF THE STATE OF DELAWARE

JACK DWYER and CAPITAL FUNDING GROUP, INC., §§§

    Plaintiffs Below, §   No. 572, 2014
    Appellants, §

    v. §

     §   Court Below: Court of
RONALD E. SILVA, PEARL SENIOR §   Chancery of the State of
CARE, LLC, PSC SUB, LLC, GEARY §   Delaware
PROPERTY HOLDINGS, LLC, §
FILLMORE CAPITAL PARTNERS, §   C.A. No. 3932-VCN
LLC, FILLMORE STRATEGIC §
INVESTORS, LLC, DRUMM §
INVESTORS, LLC, and FILLMORE §
STRATEGIC MANAGEMENT, LLC, §

    Defendants Below, §
    Appellees. §

Submitted:   April 22, 2015
Decided:    April 23, 2015

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices, constituting the Court *en banc*.

## O R D E R

This 23rd day of April 2015, after careful consideration of the parties' briefs and oral argument on appeal, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its opinion dated September 5, 2014.[1]

---

[1] *Grunstein v. Silva*, 2014 WL 4473641 (Del. Ch. Sept. 5, 2014).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice